**Kevin HOWARD, Plaintiff–Appellant,**

**and**

**Dean Williams, Plaintiff,**

**v.**

**Warden M. PETTIFORD; Lieutenant Shawnce, Lieutenant SIS at FCI–Bennettsville; Lieutenant Miller, Lieutenant at FCI–Bennettsville; Doctor Rince, Doctor and Head Psychologist at FCI–Bennettsville; Doctor Barrous, Doctor and Medical Director at FCI–Bennettsville; D. Bowens, Captain at FCI–Bennettsville, Defendants–Appellees.**

---

No. 08–6020.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 28, 2008.

Decided: March 10, 2008.

Kevin Howard, Appellant Pro Se. Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Howard appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Howard v. Pettiford,* No. 9:07–cv–00887–RBH, 2007 WL 3119441 (D.S.C. Oct. 23, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*